Michael J. Elmore
Wyoming State Bar No. 7-5665
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
michael.elmore@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 AUG 30 PM 2:11

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21mj-52-S |
| JOSIAH D. JURICH, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.     Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **Crime of Violence (18 U.S.C. § 3156)**
> **Serious risk Defendant will flee**

2.     Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

> **Safety of any other person and the community**

3.	Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.	Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 30th day of August, 2021.

                                      L. ROBERT MURRAY  
                                      Acting United States Attorney

By: _____  
        MICHAEL J. ELMORE  
        Assistant United States Attorney