Jordan Deckenbach, Minnesota State Bar No. 0389439
Asst. Federal Public Defender
Ewing T. Kerr Federal Building
111 South Wolcott Street, Room 312
Casper, WY 82601
307-772-2781
Jordan.Deckenbach@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSIAH D. JURICH,<br><br>    Defendant. | Case No. 21-MJ-52-SWS |

### UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING

Defendant Josiah D. Jurich, through his attorney, Assistant Federal Public Defender Jordan Deckenbach, moves this Court to continue the arraignment and detention hearing currently set for September 17, 2021 at 10:00 a.m. for the period of one week. Mr. Jurich was arrested under a warrant issued on September 13, 2021. (ECF No. 11.) Mr. Jurich made his initial appearance before the court on September 14, 2021. The court established September 17, 2021 at 10:00 a.m. as the date for Mr. Jurich's arraignment and detention hearing. (ECF No. 009.) The

undersigned counsel was subsequently appointed to represent Mr. Jurich and entered his appearance that same day. (ECF No. 10.)

Counsel has only just been able to consult with Mr. Jurich yesterday September 15, due to availability of client phone time at the jail. Counsel for Mr. Jurich needs additional time to collect collateral information in support of his motion for release. Defense counsel is also working to gather information from Mr. Jurich's friends and family regarding a release plan to present to the court. An additional one week is required for this information to be gathered.

Counsel has conferred with Assistant United States Attorney T.J. Forwood, and AUSA Forwood has no objections to this motion.

18 U.S. Code § 3142 (f)(2) permits the Court to continue Mr. Jurich's detention hearing for good cause. *See* Fed. R. Crim. P. 45(b)(1) ("when an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion….").

Mr. Jurich seeks this continuance in order to provide counsel adequate time to prepare for the detention hearing. These reasons constitute good cause on which this Court should grant this motion.

Accordingly, Mr. Jurich requests that the arraignment and detention hearing currently set for September 17, 2021 at 10:00 a.m. be continued for one week to a time convenient for the Court.

DATED this 16th day of September 2021.

>Respectfully submitted,
>
>VIRGINIA L. GRADY
>Federal Public Defender
>
>*/s/ Jordan Deckenbach*
>Jordan Deckenbach
>Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021 the foregoing was electronically filed and consequently served on counsel of record.

>*/s/ Jordan Deckenbach*
>Jordan Deckenbach